No. 6433.   MOORE *v.* INDIANA ET AL.   C. A. 7th Cir. Motion for leave to amend petition for certiorari granted. Certiorari denied.

No. 6525.   DEXTER *v.* INDIANA.   C. A. 7th Cir.   Motion for leave to amend petition for certiorari granted. Certiorari denied.

No. 6452.   LUCAS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 5796.   GREENE *v.* UNITED STATES, 400 U. S. 965. Petition for rehearing denied.

No. 806.   UNITED SERVICES AUTOMOBILE ASSN. *v.* UNITED STATES ET AL., 400 U. S. 992; and

No. 6032.   WILLIAMS *v.* NEIL, WARDEN, 400 U. S. 1011. Motions for leave to file petitions for rehearing denied.

MARCH 29, 1971

No. 31.   CATO ET AL. *v.* GEORGIA ET AL.   Affirmed on appeal from D. C. N. D. Ga.   *Stefanelli* v. *Minard,* 342 U. S. 117, and *Perez* v. *Ledesma, ante,* p. 82.   MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 112.   LECLAIR ET AL. *v.* O'NEIL ET AL.   Affirmed on appeal from D. C. Mass.   *Younger* v. *Harris, ante,* p. 37; *Samuels* v. *Mackell,* and *Fernandez* v. *Mackell, ante,* p. 66.   MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.